LANKERING, Appellant, v. DE HART et al., Respondents. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Adolph Lankering, as executor, against John De Hart and others. J. W. Purdy, for appellant. G. Hahn, for respondents. No opinion. Judgment affirmed, with costs.

In re LAW LIBRARY. (Supreme Court, Appellate Division, Fourth Department. May 26, 1903.) In the matter of the appointment of a trustee of the Law Library of the Eighth Judicial District. PER CURIAM. Ordered, that Henry Adsit Bull, Esq., counselor at law of the city of Buffalo, be, and he is hereby, appointed a trustee of the Law Library of the Eighth Judicial District in the place of Ansley Wilcox, Esq., resigned.

LEIPZIGER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Annie Leipziger against the Manhattan Railway Company. T. L. Waugh, for appellant. C. H. Strong, for respondent. PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $1,500, and by reducing the judgment as entered for rental damage, interest, costs, allowance, etc., to the sum of $1,861.73, and, as modified, affirmed, without costs.

LEONARD et al., Appellants, v. JONES et al., Respondents. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Henry W. Leonard and others against Emma L. Jones and others. From a judgment dismissing the complaint, complainants appeal. Affirmed. T. M. Tyng, for appellants. Henry B. Pogson, for respondents. PER CURIAM. We agree with the learned judge at Special Term in concluding that the demurrers to the complaint are controlled by the case of Randall v. Van Wagenen, 115 N. Y. 527, 22 N. E. 361, 12 Am. St. Rep. 828. We think, therefore, that the judgment should be affirmed, with costs.

LEONHARDT, Appellant, v. COHEN, Respondent (two cases). (Supreme Court, Appellate Division, First Department. May 22, 1903.) Actions by Jacob M. Leonhardt against Fanny Cohen. R. W. Keene, for appellant. S. B. Rosenthal, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements.

LEVINE v. GOLDSMITH. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Julius Levine against Gustavus A. Goldsmith. No opinion. Motion denied, with $10 costs.

82 N.Y.S.—70

LEVY, Respondent, v. GROVE MILLS PAPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Jacob Levy against the Grove Mills Paper Company. PER CURIAM. On the trial of this action the plaintiff recovered a verdict, which was set aside by the trial court. The plaintiff's exceptions were ordered to be heard in the first instance at the Appellate Division, and upon the argument thereof in this court they were sustained, and we made an order directing that judgment should be entered in favor of the plaintiff upon the verdict. Upon that appeal only the plaintiff's exceptions were before us. The defendant has now appealed from the judgment, and the plaintiff moves to dismiss its appeal on the ground that it has no right to a second review of the case. It seems to us, however, that this is not a second review. The defendant's exceptions have never been before this court, and it is entitled to be heard upon them now upon an appeal from the judgment. Motion denied.

LEYS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Jennie M. Leys as executrix against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

LIDDLE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by James S. Liddle, as, etc., against Bridget Collins. No opinion. Judgment and order affirmed, with costs.

LIEDERMAN, Respondent, v. ROVNER, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Morris B. Liederman against William Rovner. No opinion. Motion denied.

LISKER v. NEWCORN. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Annie Lisker against Harris Newcorn. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

LODER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by Victorine A. Loder against the Metropolitan Street Railway Company. No opinion. Motion to vacate stay of proceedings denied.